UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Conan Doyle Estate Limited ("CDEL"), by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement.

**I.**    **Interested Persons**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    A.  The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule "A" to the Complaint

    B.  Conan Doyle Estate Limited

    C.  The Brickell IP Group, PLLC (Plaintiff's counsel)

II.     **Corporate Disclosure Statement**

Plaintiff hereby certifies that there are no parent corporations and/or publicly held corporations owning 10% or more of Conan Doyle Estate Limited's stock.

Date:   November 11, 2025                                  Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Attorney Email address: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*