# EXHIBIT 3

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 4. COSKING

URL: https://www.amazon.com/dp/B07G71TP2M
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?seller=A2G92R4J1BPR5N
Product ID: B07G71TP2M
Brand: Sherlock Holmes

Listing Title: Detective Tobacco Pipe Magnifying Glass Halloween Sherlock Holmes Cosplay Props (Magnifying Glass)
Date: 9/9/2025
Status: IN CASE
Country: China
Product Type: Toy
Infringement: trademark
Class: 028

**Images (5 file(s)):**





**Image taken: September 9, 2025 at 01:28:39 AM UTC**



**Image taken: September 9, 2025 at 01:28:40 AM UTC**



**Image taken: September 9, 2025 at 01:28:40 AM UTC**



**Image taken: September 9, 2025 at 01:28:42 AM UTC**



**Image taken: October 14, 2025 at 03:32:21 AM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 5. Cessy Parklea

URL: https://www.ebay.com/itm/324557733575
Marketplace: Ebay
Seller Store: https://www.ebay.com/str/cessyparklea
Product ID: 324557733575
Brand: Sherlock Holmes

Listing Title: U-B1-1 Mens Sherlock Holmes Private Detective Inspector Deluxe Victorian Costume
Date: 10/2/2025
Status: IN CASE
Country: Australia
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (8 file(s)):**



**Image taken: October 2, 2025 at 05:43:30 AM UTC**



**Image taken: October 2, 2025 at 05:43:30 AM UTC**



**Image taken: October 2, 2025 at 05:43:31 AM UTC**

## Description

Package includes:

- Hat
- Coat



**Image taken: October 2, 2025 at 05:43:31 AM UTC**



Image taken: October 2, 2025 at 05:43:32 AM UTC



Image taken: October 2, 2025 at 05:43:32 AM UTC



**Image taken: October 2, 2025 at 05:43:32 AM UTC**



**Image taken: October 16, 2025 at 12:59:26 AM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 6. Costumes AU

URL: https://www.ebay.com/itm/284012783379
Marketplace: Ebay
Seller Store: https://www.ebay.com/str/costumesau
Product ID: 284012783379
Brand: Sherlock Holmes

Listing Title: Mens Sherlock Holmes Costume Detective Book Week Halloween Victorian Outfit
Date: 10/2/2025
Status: IN CASE
Country: Australia
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (6 file(s)):**



**Image taken: October 2, 2025 at 05:51:14 AM UTC**

About this item

Seller assumes all responsibility for this listing.

Last updated on Aug 30, 2025 19:36:27 PDT View all revisions

eBay item number: 284012783379

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New with tags: A brand-new, unused, and unworn item (including handmade items) in the original packaging (such as the original box or bag) and/or with the original tags attached. See all condition definitions | Theme | Sherlock Holmes |
| Style | Complete Outfit | Country/Region of Manufacture | China |
| Category | Clothing, Shoes & Accessori... › ··· › Costumes, Reenactment, Th... Costumes › Men | | |

## Item description from the seller



Image taken: October 2, 2025 at 05:51:15 AM UTC



**Image taken: October 2, 2025 at 05:51:15 AM UTC**



**Image taken: October 2, 2025 at 05:51:15 AM UTC**



## Costumes AU

99.8% positive feedback    357K items sold    5.4K followers

⬆ Share    📇 Contact    ♡ Save Seller

Categories    Shop    Sale    **About**    Feedback

### About us

Costumes AU manufacture and sell an extensive range of quality costumes and costume accessories. Our range includes Oktoberfest costumes, gatsby costumes, 80s costumes, book weeks costumes and Halloween costumes.
Our products are made to the highest standards of quality and durability and are all available at discount prices.

We offer excellent customer service and a large selection of items to our customers. We strive to offer the highest level of customer service and care and this is shown in our fast-growing customer lists.

We're based in Melbourne and have been in business for over 10 years. Please check out our extensive range!

Location: **Australia**
Member since: **Aug 02, 2006**
Seller: **costumes-au**

### Top Rated Seller

Costumes AU is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](#)

**Image taken: October 2, 2025 at 05:51:16 AM UTC**



**Review order**

Costumes AU · Add note for seller
99.7% positive feedback

Mens Sherlock Holmes Costume Detective Book Week Halloween
Victorian Outfit
Size: M (Chest 38-40")

**AU $59.99**

Quantity
1

Returns accepted

**Delivery**

◉ Est. delivery: Oct 23 – Nov 3
International Standard : tracked-signature (7 to 15 business days)
**AU $35.00**

○ Est. delivery: Oct 21 – Oct 29
Australia Post International Express
**AU $45.00**

**Order Summary**

| | |
|---|---|
| Item (1) | AU $59.99 |
| Shipping | AU $35.00 |
| Tax* | AU $6.64 |
| Order total | AU $101.63 |

**Order total in USD** — **$68.83**

Current conversion rate: $1 = AU $1.47654

By clicking Pay, you agree to eBay's User Agreement and acknowledge our Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

You'll finish checkout on PayPal

**Pay with *PayPal***

☑ Get exclusive offers and promotions from eBay.

Ⓢ Purchase protected by eBay Money Back

**Ship to**
John I
1320 S Dixie Hwy
Coral Gables, FL 33146-2926
United States

**Image taken: October 16, 2025 at 01:01:03 AM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 7. Costumes In Australia

URL: https://www.ebay.com/itm/233714497406
Marketplace: Ebay
Seller Store: https://www.ebay.com/str/costumesinaustralia
Product ID: 233714497406
Brand: Sherlock Holmes

Listing Title: Mens Sherlock Holmes Costume Private Detective Inspector Deluxe Victorian Outfit
Date: 10/2/2025
Status: IN CASE
Country: Australia
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (7 file(s)):**



**Image taken: October 1, 2025 at 03:56:52 PM UTC**



**Image taken: October 1, 2025 at 03:56:52 PM UTC**



**Image taken: October 1, 2025 at 03:56:53 PM UTC**



**Image taken: October 1, 2025 at 03:56:53 PM UTC**



**Image taken: October 1, 2025 at 03:56:54 PM UTC**



**Image taken: October 1, 2025 at 03:56:54 PM UTC**



**Review order**

Costumes In Australia · Add note for seller
100% positive feedback

Mens Sherlock Holmes Costume Private Detective Inspector Deluxe Victorian Outfit
Size: M (Chest 38-40")

**AU $69.99**

Quantity
1

Returns accepted

**Delivery**

◉ Est. delivery: Oct 23 – Nov 3
International Standard : tracked-no signature (7 to 15 business days)
**AU $35.00**

○ Est. delivery: Oct 21 – Oct 29
Australia Post International Express
**AU $45.00**

**Ship to**
John I
1320 S Dixie Hwy
Coral Gables, FL 33146-2926
United States

**Order Summary**

| | |
|---|---|
| Item (1) | AU $69.99 |
| Shipping | AU $35.00 |
| Tax* | AU $7.35 |
| Order total | AU $112.34 |

**Order total in USD** — **$76.08**

Current conversion rate: $1 = AU $1.47654

By clicking Pay, you agree to eBay's User Agreement and acknowledge our Privacy Notice.

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

You'll finish checkout on PayPal

**Pay with PayPal**

☑ Get exclusive offers and promotions from eBay.

🛡 Purchase protected by eBay Money Back Guarantee

**Image taken: October 16, 2025 at 01:12:13 AM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 12. Fascinator Hats

URL: https://www.ebay.com/itm/316114891322
Marketplace: Ebay
Seller Store: https://www.ebay.com/str/fascinatorhats
Product ID: 316114891322
Brand: Sherlock Holmes

Listing Title: Holmes Hats Pipe Props Detective Hat Deerstalker Detective Sherlock Hats Caps
Date: 10/2/2025
Status: IN CASE
Country: China
Product Type: Accessory
Infringement: trademark
Class: 025

**Images (5 file(s)):**



**Image taken: October 2, 2025 at 05:56:01 AM UTC**



**Image taken: October 2, 2025 at 05:56:02 AM UTC**



**Image taken: October 2, 2025 at 05:56:02 AM UTC**



**Image taken: October 2, 2025 at 05:56:03 AM UTC**



**Image taken: October 16, 2025 at 01:15:09 AM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 14. GRACIN

URL: https://www.amazon.com/dp/B0F4CWH6GR
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?seller=A3E3DF9PUD793G
Product ID: B0F4CWH6GR
Brand: Sherlock Holmes

Listing Title: GRAJTCIN Detective Costume Set Sherlock Holmes Costume Set for Adult Men Halloween Cosplay
7 PCS
Date: 9/9/2025
Status: IN CASE
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (5 file(s)):**



**Image taken: September 8, 2025 at 09:29:58 PM UTC**



## GRACIN

Visit the GRACIN storefront

★★★★★   **100% positive** in the last 12 months (134 ratings)

### Reviews

★★★★★  4.8 out of 5
134 ratings

| | |
|---|---|
| 5 star | 82% |
| 4 star | 18% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

All stars

134 total ratings, 134 with feedback for 12 months

★★★★★  "Was just what I ordered but it does run a little large."
By Kathy on September 8, 2025.

★★★★★  "Another Great Choice I Made With This Shirt Due To Me Wearing It At A Mardi Gras Theme Pool Party And Everyone Wanted My Shirt."
By GENO SMITH on September 4, 2025.

★★★★★  "Nice "
By kat h on August 30, 2025.

★★☆☆☆  "Said item was A/C. Refund me the $50.00. "
By Susan Gaudry on August 26, 2025.
**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★  "Loved it all. "
By Tracy Males on August 24, 2025.

Previous Next

### Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

### Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

### Detailed Seller Information

**Business Name:** guangzhou chunlin xinxikejiyouxiangongsi
**Business Address:**
番禺区大石街石北工业路644号18栋302
广州
广东
51000
CN

**Image taken: September 8, 2025 at 09:29:59 PM UTC**



**Image taken: September 8, 2025 at 09:29:59 PM UTC**

m.media-amazon.com/images/I/8125UevEHkL._AC_SX679_.jpg



**Image taken: September 8, 2025 at 09:30:00 PM UTC**



**Delivering to John Invest**
1320 S DIXIE HWY, CORAL GABLES, FL, 33146-2926, United States

Change

Add delivery instructions

Pickup available nearby

**Paying with American Express 1001**

Change

Want to use American Express Membership Rewards® points for this order? Learn more

Use a gift card, voucher, or promo code

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Try Prime Free**

John, we're giving you Prime free for 30 days.
Get your Prime eligible items **Wednesday, Oct. 15** for FREE

Try Prime free for 30 days

Cancel anytime.

**Arriving Oct 20, 2025**

GRAJTCIN Detective Costume Set Sherlock Holmes Costume Set for Adult Men Halloween Cosplay Outfit 7 PCS (Light Brown-L)
$24.99
& FREE Returns
Ships from Amazon.com
Sold by GRACIN

🗑 1 +

Add gift options

○ Wednesday, Oct 15
**Fast, FREE Delivery**
**FREE Two-Day Delivery** with your free trial of Prime

● **Monday, Oct 20**
$6.99 - Delivery

○ Wednesday, Oct 15
$9.99 - Two Day Delivery

Congratulations John, you are eligible for 30 days of Prime for $0!

Get your Prime eligible items **Wednesday, Oct. 15** for FREE.

Try Prime free

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $24.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $1.75 |
| **Order total:** | **$33.73** |

**Image taken: October 13, 2025 at 04:13:25 PM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 18. Halloween_Costume_Sale

URL: https://www.amazon.com/gp/product/B005CMK65K/ref=ewc_pr_img_1?smid=ACH99TPNWSLX0&psc=1
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?seller=ACH99TPNWSLX0
Product ID: B005CMK65K
Brand: Sherlock Holmes

Listing Title: Sherlock Holmes Pipe
Date: 9/15/2025
Status: IN CASE
Country: India
Product Type: Toy
Infringement: trademark
Class: 028

**Images (4 file(s)):**



**Image taken: September 15, 2025 at 01:10:25 AM UTC**



**Image taken: September 15, 2025 at 01:10:28 AM UTC**



Image taken: October 14, 2025 at 03:28:25 AM UTC



Image taken: October 14, 2025 at 03:29:18 AM UTC

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 28. JUST FOR PARTY

URL: https://amazon.com/dp/B0CZ36VDV2
Marketplace: Amazon
Seller Store: https://amazon.com/sp?seller=A325H8QIKQ8F9J
Product ID: B0CZ36VDV2
Brand: Sherlock Holmes

Listing Title: Men's Detective Sherlock Holmes Costume,Orange Coat with Hat Cape and Magnifying Glass,Funny Cosplay Outfits
Date: 9/5/2025
Status: IN CASE
Country: China
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (4 file(s)):**



**Image taken: September 4, 2025 at 06:18:11 PM UTC**



Image taken: September 4, 2025 at 06:18:12 PM UTC



Image taken: September 19, 2025 at 03:19:28 PM UTC



**Delivering to John Invest**
1320 S DIXIE HWY, CORAL GABLES, FL, 33146-2926, United States                    Change

Add delivery instructions
Pickup available nearby ⌄

**Paying with American Express 1001**                                              Change

Want to use American Express Membership Rewards® points for this order? Learn more ⌄

Use a gift card, voucher, or promo code

ⓘ **Want to save time on your next order and go directly to this step when checking out?**
☐ Default to this delivery address and payment method.

**Try Prime Free**
John, we're giving you Prime free for 30 days.
Get your Prime eligible items **Monday, Nov. 3** for FREE          Try Prime free for 30 days
                                                                   Cancel anytime.

**Arriving Oct 29, 2025 - Nov 3, 2025**

JUST FOR PARTY Men's Detective Sherlock Holmes        ○ Monday, Nov 3
Costume,Orange Coat with Hat Cape and                 **Fast, FREE Delivery**
Magnifying Glass,Funny Cosplay Outfits M              FREE Prime Delivery with your free trial of Prime
$26.99
& FREE Returns ⌄                                      ● Wednesday, Oct 29 - Monday, Nov 3
Ships from Amazon.com                                   $6.99 - Delivery
Sold by JUST FOR PARTY

↻ 1 +

Add gift options

Congratulations John, you are eligible for
30 days of Prime for $0!
Get your Prime eligible items **Monday, Nov. 3** for FREE.

Try Prime free

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $26.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $1.89 |
| **Order total:** | **$35.87** |

Place your order

**Image taken: October 13, 2025 at 04:00:39 PM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 36. Meeyou

URL: https://www.amazon.com/dp/B0D2HTK765
Marketplace: Amazon
Seller Store: https://amazon.com/sp?seller=A1L4ZYQUAWDLB3
Product ID: B0D2HTK765
Brand: Sherlock Holmes

Listing Title: LMYOVE Detective Sherlock Holmes Kids Inspector Clouseau Costume Accessories Magnifying and Mustache Decor(3-12Y)
Date: 9/9/2025
Status: IN CASE
Country: China
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (5 file(s)):**



**Image taken: September 8, 2025 at 08:25:22 PM UTC**



**Image taken: September 8, 2025 at 08:25:24 PM UTC**



**Image taken: September 8, 2025 at 08:25:25 PM UTC**



Image taken: September 19, 2025 at 03:17:40 PM UTC



Image taken: October 13, 2025 at 04:03:11 PM UTC

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 38. Morph-Costumes

URL: https://www.amazon.com/dp/B0158POOLM
Marketplace: Amazon
Seller Store: https://amazon.com/sp?seller=A1VNQGNPMRQ00D
Product ID: B0158POOLM
Brand: Sherlock Holmes

Listing Title: fun shack Sherlock Holmes Costume Kids, Detective Costume Kids, Boys Halloween Costumes, Halloween Costumes for Boys
Date: 9/9/2025
Status: IN CASE
Country: United Kingdom
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (5 file(s)):**



Clothing, Shoes & Jewelry › Costumes & Accessories › Kids & Baby › Boys › Costumes

Visit the fun shack Store

### fun shack **Sherlock** Holmes Costume Kids, Detective Costume Kids, Boys Halloween Costumes, Halloween Costumes for Boys

4.4 ★★★★☆ (862)   |   Ask questions and search reviews

$36⁹⁵

FREE Returns ⌄
Size: X-Large

| Small | Medium | Large | X-Large |
| --- | --- | --- | --- |
| $36.95 | $36.95 | $36.95 | $36.95 |

Size Chart ⌄

### Product details

| Fabric type | 100% Polyester |
| --- | --- |
| Care instructions | Hand Wash Only |
| Origin | Imported |

### About this item

- Complete detective set: Includes a classic detective coat, tartan print cape, and matching kids detective hat—everything needed to become a master sleuth in seconds.
- Kid-friendly sizing for every young detective: Available in Small, Medium, Large, and X-Large to fit a wide range of heights and builds. See size chart to ensure the best fit for your detective costume kids adventure.
- Iconic **Sherlock** Holmes style: Instantly recognizable design makes this the ideal **sherlock** holmes costume kids outfit for book character days, historical reenactments, and school plays.
- Perfect for parties and play: This detective costume boy favorite is built for imaginative games, boys halloween costume fun, themed events, and world book day celebrations.
- Durable and designed for action: High-quality fabric and reinforced stitching mean your kids victorian detective costume stands up to playtime mysteries and repeat wears.
- This costume provides all-day comfort: It's made from lightweight materials making it easy to put on, move around in and take off, allowing for easy bathroom breaks. Perfect for active play, trick-or-treating, and wearing indoors or outdoors in any weather. Hand wash only.

∧ See less

🅰 Ask Rufus

Does it come with accessories?   Is this machine washable?

Can it be worn for themed parties?   Ask something else

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$36⁹⁵

FREE delivery **Saturday, September 13**

Or **Prime members** get FREE delivery **Overnight 4 AM - 8 AM** . Order within **1 hrs 23 mins.**
Join Prime

📍 Deliver to John - Waco 76798

**In Stock**

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Morph Costumes
Returns   FREE 30-day refund/replacement
Packaging   Ships in product packaging

∨ See more

Add to List

**Image taken: September 8, 2025 at 11:26:54 PM UTC**

m.media-amazon.com/images/I/61gc632f9jL._AC_SX679_.jpg



**Image taken: September 8, 2025 at 11:26:54 PM UTC**



**Image taken: September 8, 2025 at 11:26:55 PM UTC**



**Image taken: September 8, 2025 at 11:26:56 PM UTC**



**Image taken: October 13, 2025 at 04:28:05 PM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 42. Oaktree Gifts USA

URL: https://www.amazon.com/gp/product/B001FXQOHY/ref=ewc_pr_img_1?smid=A36VM59YL6ISUY&psc=1
Marketplace: Amazon
Seller Store: https://amazon.com/sp?seller=A36VM59YL6ISUY
Product ID: B001FXQOHY
Brand: Sherlock Holmes

Listing Title: Smiffys Sherlock Holmes Kit Costume Accessory Set,Multi,Standard
Date: 9/15/2025
Status: IN CASE
Country: United Kingdom
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (4 file(s)):**



**Image taken: September 15, 2025 at 12:33:28 AM UTC**



**Image taken: September 15, 2025 at 12:33:30 AM UTC**



**Image taken: September 15, 2025 at 12:33:32 AM UTC**



**Image taken: October 13, 2025 at 04:34:34 PM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 54. TAILORMAP

URL: https://www.amazon.com/dp/B0CHVX8Q57
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?seller=A1PDO2T2HO6J04
Product ID: B0CHVX8Q57
Brand: Sherlock Holmes

Listing Title: Harris Tweed Sherlock Holmes Hat for Adult and Child,Detective Hat Deerstalker for Men and Women
Date: 9/15/2025
Status: IN CASE
Country: China
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (4 file(s)):**



**Image taken: September 15, 2025 at 01:16:22 AM UTC**



**Image taken: September 15, 2025 at 01:16:23 AM UTC**



**Image taken: September 15, 2025 at 01:16:25 AM UTC**



**Image taken: October 14, 2025 at 03:31:07 AM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 55. TOONRAIN

URL: https://www.amazon.com/dp/B0D2KQWJWP
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?seller=AKLD9HJ949CWT
Product ID: B0D2KQWJWP
Brand: Sherlock Holmes

Listing Title: TOONRAIN Kid Detective Costume Accessories Set 6 Pcs Spy Costume Detective Dress Up for Halloween Role Play
Date: 9/9/2025
Status: IN CASE
Country: China
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (5 file(s)):**



Image taken: September 8, 2025 at 11:15:21 PM UTC



Image taken: September 8, 2025 at 11:15:21 PM UTC



**Image taken: September 8, 2025 at 11:15:23 PM UTC**



**Image taken: September 8, 2025 at 11:15:24 PM UTC**



**Image taken: October 13, 2025 at 04:24:50 PM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 66. YOLSUN

URL: https://www.amazon.com/dp/B0DYTCWZB4
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?seller=A3S1S0WC8BKK6U
Product ID: B0DYTCWZB4
Brand: Sherlock Holmes

Listing Title: yolsun Detective Costume for Kids, Sherlock Holmes Costume 6 Pcs with Detective Cape and Hat Halloween Fun Detective Outfit
Date: 9/9/2025
Status: IN CASE
Country: China
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (5 file(s)):**



Toys & Games › Dress Up & Pretend Play › Costumes

Visit the yolsun Store

yolsun Detective Costume for Kids, **Sherlock** Holmes Costume 6 Pcs with Detective Cape and Hat Halloween Fun Detective Outfit

Ask questions and search reviews

$30⁹⁹

FREE Returns ⌄

Color: Brown

Size: **40cm/15.7inches**

| 40cm/15.7in ches | 50cm/19.6in ches |
|---|---|
| $30.99 | $30.99 |

### About this item

- Material: Polyester. Kids detective costume is comfortable and lightweight to wear
- Package includes: Detective cloak, detective hat, detective glasses, fake beards, magnifying glass, fake red pipe
- Design: Classic brown plaid detective cape, the closure is velcro design. With a detective hat, and detective accessories, let the child show more fun and cute, but also let the child more like a detective
- Occasion: Suitable for 100 days of school celebration, Halloween, themed birthday party, 100 Days kindergarten school costume, Cosplay and so on
- Attention: Please check out size chart in the detailed picture on the left carefully before choosing the proper size. The normal error range of flat measurement size is 0.4-1.2 inches

⚐ Report an issue with this product or seller

Yookat 5 Pieces Detective Costume Detective Hat 100 Days of School Costume Detective Costume Accessories Set for...
★★★★★ 2
$14.99 ✓prime

Sponsored ⓘ

🔆 Ask Rufus

Can it be worn for a school play?    Is this machine washable?

Does it come with a magnifying glass?    Ask something else

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$30⁹⁹

FREE delivery **Saturday, September 13** on orders shipped by Amazon over $35

Or fastest delivery **Friday, September 12**. Order within 5 hrs 11 mins

⊘ Deliver to John - Waco 76798

**In Stock**

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from    Amazon
Sold by    YOLSUN
Returns    FREE 30-day refund/replacement
Gift options    Available at checkout

⌄ See more

Add to List

**Image taken: September 8, 2025 at 11:53:55 PM UTC**



**Image taken: September 8, 2025 at 11:53:55 PM UTC**



**Image taken: September 8, 2025 at 11:53:56 PM UTC**



**Image taken: September 8, 2025 at 11:53:57 PM UTC**



**Image taken: October 13, 2025 at 04:38:55 PM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 70. colorfulhouse

URL: https://amazon.com/dp/B0F2HXYC79
Marketplace: Amazon
Seller Store: https://amazon.com/sp?seller=A3QFZWPVDC0Y6A
Product ID: B0F2HXYC79
Brand: Sherlock Holmes

Listing Title: Colorful House Detective Costume Set Sherlock Holmes Costume Set for Adult Men Halloween Cosplay
Date: 9/13/2025
Status: IN CASE
Country: China
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (4 file(s)):**



**Image taken: September 13, 2025 at 04:32:07 AM UTC**



**Image taken: September 13, 2025 at 04:32:09 AM UTC**



Image taken: September 13, 2025 at 04:32:11 AM UTC



Image taken: October 14, 2025 at 10:54:05 PM UTC

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 72. guangdongchunyuwangluokejiyouxiangongsi

URL: https://www.amazon.com/TOONRAIN-Detective-Costume-Accessories-Halloween/dp/B0D2KSDM9Q
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?ie=UTF8&seller=AKLD9HJ949CWT&asin=B0D2KSDM9Q&ref_=dp_me
rchant_link&isAmazonFulfilled=1
Product ID: B0D2KSDM9Q
Brand: Sherlock Holmes

Listing Title: TOONRAIN Kid Detective Costume Accessories Set 6 Pcs Spy Costume Detective Dress Up for
Halloween Role Play
Date: 9/16/2025
Status: IN CASE
Country: China
Product Type: Costume
Infringement: trademark
Class: 025

**Images (4 file(s)):**



**Image taken: September 16, 2025 at 11:04:19 AM UTC**



**Image taken: September 16, 2025 at 11:04:21 AM UTC**



**Image taken: September 16, 2025 at 11:04:24 AM UTC**



**Image taken: October 13, 2025 at 04:24:11 PM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 75. hatsXcaps

URL: https://www.amazon.com/dp/B0DKDG4RGP?th=1&psc=1
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?seller=A1QORMWNC0I42B
Product ID: B0DKDG4RGP
Brand: Sherlock Holmes

Listing Title: Unisex Deerstalker Hat, Sherlock Holmes Costume Accessory, Tweed Flat Cap for Men, 5 Patterns, Wool Blend, Detective Dress
Date: 9/9/2025
Status: IN CASE
Country: United Kingdom
Product Type: Hat
Infringement: trademark
Class: 025

**Images (4 file(s)):**



**Image taken: September 9, 2025 at 12:19:34 PM UTC**



**Image taken: September 9, 2025 at 12:19:36 PM UTC**



**Image taken: September 9, 2025 at 12:19:39 PM UTC**



**Image taken: October 14, 2025 at 07:45:59 PM UTC**

# EVIDENCE DOCUMENT

## Case: Conan Doyle Case

Generated on: 10/17/2025

## 83. shanweishihaijinqushangmaoyouxiangongsi

URL:
https://www.amazon.com/gp/product/B0DJH5YZML/ref=ox_sc_act_image_1?smid=A2AFYGFPEGA9QA&th=1
Marketplace: Amazon
Seller Store: https://www.amazon.com/sp?marketplaceID=ATVPDKIKX0DER&seller=A2AFYGFPEGA9QA
Product ID: B0DJH5YZML
Brand: Sherlock Holmes

Listing Title: POLKISNXAQ Pet Sherlock Holmes Detective Costume Set with Cape and Hat for Cats & Dogs,
Halloween Funny Outfit, Sleeveless
Date: 10/16/2025
Status: IN CASE
Country: China
Product Type: Clothing
Infringement: trademark
Class: 025

**Images (4 file(s)):**



Image taken: October 16, 2025 at 02:31:23 PM UTC



Image taken: October 16, 2025 at 02:31:23 PM UTC



Image taken: October 16, 2025 at 02:31:24 PM UTC



Image taken: October 16, 2025 at 02:31:24 PM UTC