UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Leave to File its Amended Complaint. Having reviewed the Plaintiff's Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. Plaintiff is granted leave to file the Amended Complaint attached to its Motion as **Exhibit A**.

**DONE AND ORDERED** in _____, Florida, this ____ day of _____, 2026.

                                      _____
                                      **DARRIN P. GAYLES**
                                      **UNITED STATES DISTRICT JUDGE**