UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

**ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Motion to File Under Seal. The Plaintiff requests that Schedule A to Plaintiff's Amended Complaint be filed under seal until the Court has the opportunity to rule on the Plaintiff's request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated. Having reviewed the Plaintiff's Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. Schedule A to the Plaintiff's Amended Complaint shall be filed under seal and shall remain under seal until further order from this Court. This Order shall not be filed under seal.

**DONE AND ORDERED** in _____, Florida, this ____ day of _____, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**