UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

**PLAINTIFF'S MOTION TO EXTEND *EX PARTE*
TEMPORARY RESTRAINING ORDER AND RESCHEDULE
HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Conan Doyle Estate Limited ("Plaintiff" or "CDEL"), by and through its

undersigned counsel and pursuant to Fed. R. Civ. P. 62(b)(2) and S.D. Fla. L.R. 7.1, respectfully

moves for an order extending the Court's Sealed Order Granting Application for Entry of

Temporary Restraining Order [ECF No. 23] and rescheduling the presently scheduled April 14,

2026, hearing on Plaintiff's Motion for Preliminary Injunction, and in support states as follows:

1.     On April 1, 2026, this Court issued its Sealed Order Granting Application for Entry

of Temporary Restraining Order (the "TRO"), and scheduled the hearing on Plaintiff's request for

entry of a preliminary injunction for April 14, 2026, at 9:30 a.m. [ECF No. 23]. Pursuant to the

TRO, any third-party financial institution providing services to the Defendants identified on

Schedule "A" to the Complaint (specifically, Amazon) that receive notice of the TRO are

instructed to restrain the respective financial accounts of the Defendants and are further instructed

to provide Plaintiff with expedited discovery relating to the identities of the Defendants as well as details of their respective financial accounts.  TRO at pp. 7-8.

2.    On April 6, 2026, undersigned counsel provided copies of the TRO to counsel and/or representatives for Amazon.  Declaration of Richard Guerra ("Guerra Decl.") at ¶ 3.

3.    Amazon has yet to respond. *Id.*  Indeed, it is undersigned counsel's experience that it requires approximately three to four weeks for Amazon to process and restrain the accounts associated with the Defendants identified in Schedule "A" to the Complaint.  *Id.*

4.    As set forth in the Court's TRO, if the Defendants are notified of this proceeding prior to having their respective accounts restrained, "Defendants can easily and quickly change the ownership or modify domain registration and e-commerce store account data and content, change payment accounts, redirect consumer traffic to other seller identification names, and transfer assets and ownership of Seller IDs thereby thwarting the Plaintiff's ability to obtain meaningful relief." TRO at p. 4.  Therefore, before Plaintiff can proceed with service of the TRO on Defendants (and thus, with this Court's presently scheduled April 14, 2026, preliminary injunction hearing) Plaintiff must first receive confirmation from Amazon that the financial accounts owned by Defendants have been restrained.  Moreover, Plaintiff cannot notify the Defendants of the hearing or serve the Complaint on them until Plaintiff receives the Defendants' contact information from Amazon. Guerra Decl. at ¶ 5.

5.    Pursuant to Federal Rule 65, this Court may issue a temporary restraining order for a period of fourteen (14) days, and "for good cause shown," may extend a temporary restraining order for a "like period" of time.  Fed. R. Civ. P. 65(b)(2).  Here, because Plaintiff will not be in a position to restrain all of the Defendants' accounts or notify Defendants of the preliminary

2

injunction hearing prior to the preliminary injunction hearing currently set forth in the TRO, good cause exists for an extension of the TRO.

WHEREFORE, Plaintiff respectfully requests that 1) the preliminary injunction hearing is rescheduled at a date and time following April 14, 2026; and 2) the TRO is extended to remain in effect until after the conclusion of the rescheduled preliminary injunction hearing.

Date:   April 6, 2026                                    Respectfully submitted by,

                                                        **Richard Guerra**
                                                        Richard Guerra (Fla. Bar No. 689521)
                                                        Attorney Email address: rguerra@brickellip.com
                                                        THE BRICKELL IP GROUP, PLLC
                                                        1101 Brickell Avenue, South Tower, Suite 800
                                                        Miami FL, 33131
                                                        Telephone: (305) 728-8831
                                                        *Attorneys for Plaintiff*

3