UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

                                    /

**DECLARATION OF RICHARD GUERRA IN SUPPORT OF PLAINTIFF'S
MOTION TO EXTEND _EX PARTE_ TEMPORARY RESTRAINING ORDER**

I, Richard Guerra, declare and state as follows:

1.     I am over 18 years of age and I have personal knowledge of the facts set forth herein.  I make this declaration in support of Plaintiff's Motion to Extend the Court's Sealed Order Granting Application for Entry of Temporary Restraining Order (the "TRO") [ECF No. 23].  If called upon to do so, I could and would competently testify to the following facts set forth below.

2.     I am counsel of record for Conan Doyle Estate Limited ("Plaintiff").

3.     On April 6, 2026, the undersigned counsel provided copies of the TRO to counsel and/or representatives for Amazon.

4.     Amazon has not yet produced documents responsive to our subpoena.  Indeed, it has been my experience in similar cases that it requires approximately three to four weeks for Amazon to process and restrain the accounts associated with the Defendants identified in Schedule "A" to the Complaint.

5.      Accordingly, Plaintiff has not yet been able to serve the Defendants on those platforms, or notify them about the preliminary injunction hearing, because it has not received contact information for those Defendants from Amazon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 6th day of April, 2026, at Miami, Florida.


*/Richard Guerra/*
Richard Guerra