UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

Defendants.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Extension of the Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order (the "TRO"). Having reviewed the Plaintiff's Motion and the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**.

1) The April 14, 2026 hearing date presently set forth by the TRO is rescheduled for _____, 2026 at __:__ am/pm; and

2) The TRO dated April 1, 2026, shall remain in effect until after the conclusion of the rescheduled preliminary injunction hearing.

**DONE AND ORDERED** in Miami, Florida this ____ day of _____, 2026 at __:__ AM/PM.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record