UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff, Conan Doyle Estate Limited ("Plaintiff"), by undersigned counsel, hereby gives notice that the foregoing document is being electronically filed.

Additionally, the foregoing document is submitted in compliance with the Court's Sealed Order, dated April 1, 2026 [ECF No. 23] ("Order"), ordering that: "The Clerk of the Court is ordered to issue a single original summons in the name of 'The Individuals, Partnerships and Unincorporated Associations Identified on Schedule A of the Complaint" that shall apply to all Defendants." Order, at p. 8.

Date:  April 14, 2026          Respectfully submitted by,

                                          **Richard Guerra**
                                          Richard Guerra (Fla. Bar No. 689521)
                                          Attorney Email address: rguerra@brickellip.com
                                          THE BRICKELL IP GROUP, PLLC
                                          1101 Brickell Avenue, South Tower, Suite 800
                                          Miami FL, 33131
                                          Telephone: (305) 728-8831
                                          *Attorneys for Plaintiff*