UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL**
**AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants:

Guangzhou Enbo E-Commerce Co., Ltd. (Def. No. 15)[1]

Realong Sculpture (Def. No. 49)

TAILORMAP (Def. No. 54)

YouFineSculpture (Def. No. 68)

toppetus (Def. No. 86)

ZOUKEKE SHOP (Def. No. 70)

---

[1] Defendant Numbers reflect those identified on Amended Schedule A [ECF No. 19-1].

Date:    April 27, 2026                    Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Attorneys for Plaintiff*