UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

### PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, reside in the county of Miami- Dade, and I am an attorney for Plaintiff, Conan Doyle Estate Limited, in the above-captioned action.

The Brickell IP Group, PLLC served emailed copies of the Amended Complaint [ECF No. 18], Issued Summons [ECF No. 28], Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order [ECF No. 23], Sealed Order Granting *Ex Parte* Motion for Alternative Service [ECF No. 24], and the Court's April 8, 2026 Order granting Plaintiff's Motion for Extension of the Temporary Restraining Order and Preliminary Injunction Hearing [ECF No. 26] to the foreign Defendants identified on Schedule A to the Amended Complaint on April 15, 2026.

The Brickell IP Group, PLLC also effected service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, the Order Setting Preliminary Injunction Hearing, and all other filings in  this  case,  on  the  following  website:

https://www.dropbox.com/scl/fo/j3zmwtfr6xodeever8vua/AIEOgYfYIq89uGm3ElFuzUM?rlkey

=568y6n6qwwqcyna88pdvyu13c&st=tb113uja&dl=0.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2026, at Miami-Dade County, Florida.

Respectfully submitted by,

**Richard Guerra**
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
*Counsel for Plaintiff*

2