UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## PLAINTIFF'S MOTION TO UNSEAL

Plaintiff Conan Doyle Estate Limited, by and through its undersigned counsel, hereby moves this Court for an Order unsealing all documents that have been restricted/sealed from the Court docket and returning all portions of the Court file to the public records. As grounds therefore, Plaintiff states:

1.    On January 26, 2026, Plaintiff filed its Renewed *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets, together with the supporting Declarations and Exhibits (the "*Ex Parte* Motion for TRO") [ECF No. 20], pursuant to Local Rule 5.4(d), which requires, unless the Court directs otherwise, *ex parte* filings be restricted from public view. On January 26, 2026, Plaintiff also filed its Renewed *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants (the "*Ex Parte* Motion for Alternate Service") [ECF No. 21].  On January 22, 2026, Plaintiff also filed its Amended Schedule A [ECF No. 19-1] in accordance with the Court's Order granting the request to seal the Amended Schedule [ECF No. 18].

2.      On March 31, 2026, the Court issued a Sealed Order Granting Plaintiff's Renewed *Ex Parte* Application for Entry of Temporary Restraining Order (the "Sealed Temporary Restraining Order") [ECF No. 23].   Upon receipt, Plaintiff served the Sealed Temporary Restraining Order on the requisite financial institutions to restrain Defendants' financial accounts at issue.

3.      Plaintiff has confirmed the restraints of the remaining Defendants' accounts and has served the Complaint, Summons, Sealed Temporary Restraining Order, and all pleadings and filings in this matter on each Defendant in this action by: (1) providing the address to Plaintiff's designated Serving Notice Website to Defendants via e-mail to the e-mail accounts provided by the e- commerce platform associated with each of the Seller IDs, and (2) posting a copy of all documents filed in this matter at the URL https://www.dropbox.com/scl/fo/zre0jqf6s72ylkzjt1jvr/h?rlkey=h1u8jdiy463zrg27grm0aruuq&dl=0.

4.      As a seal on this matter is no longer required, Plaintiff respectfully requests this matter be unsealed and the portions of the docket relating to Plaintiff's Renewed *Ex Parte* Motion for TRO, together with all other documents that have been restricted from the Court docket, be returned to the public portions of the Court file.

WHEREFORE, Plaintiff respectfully requests this Court issue an Order unsealing all documents filed with the Court that have been restricted from the Court docket and direct the Clerk to return those portions of the Court file to the public records.

Date:   April 27, 2026                                      Respectfully submitted by,

**<u>Richard Guerra</u>**
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
*Counsel for Plaintiff*