UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion to Unseal ("Motion").

Having carefully reviewed the record, the Court hereby

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. The Clerk is directed to

unseal all docket entries in this case and return those portions of the file to the public records.

**DONE AND ORDERED** in the Southern District of Florida, this ___ day of April, 2026.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Sealed Clerk