UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____/

## NOTICE OF FILING PROPOSED ORDER GRANTING
## MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE Plaintiff, Conan Doyle Estate Limited, hereby files the attached

proposed order granting its Motion for Entry of Preliminary Injunction.

Date:   April 28, 2026              Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower,
Suite 800 Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*