UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

                              /

**NOTICE OF VOLUNTARY DISMISSAL
AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendants: [1]

| Def. No. | |
|----------|----|
| 14 | GRACIN |
| 36 | Meeyou |
| 37 | MoonBea |
| 55 | TOONRAIN |
| 67 | YOLSUN |
| 71 | colorfulhouse |
| 26 | JOOHO |

---

[1] Defendant Numbers reflect those identified on Amended Schedule A [ECF No. 19-1].

| 27 | JOOHO MADE HONG KONG LIMITED |
|---|---|
| 28 | JUST FOR PARTY |
| 56 | Tonecheer |
| 16 | GuigangshiZimingZhuangshiGongchengYouxianGongsi |
| 34 | Loririri |
| 3 | CHENYIXINYI |
| 79 | jian wei Dating poster |

Date:    May 8, 2026                              Respectfully submitted by,

**Richard Guerra**
Richard Guerra (Fla. Bar No. 689521)
Email: rguerra@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831

*Attorneys for Plaintiff*