**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:25-cv-25182-DPG

CONAN DOYLE ESTATE LIMITED,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.
________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned attorney, admitted as *Pro Hac Vice* in the Notehrn District Court of Indiana, hereby enters his appearance as local counsel for the defendant **YEABRICKS** (Doe 6) in the above captioned matter.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;
Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Sept. 7, 2026

/s/ Jianyin Liu

Jianyin Liu, Esq.
1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC

9000 SW 157th St
Palmetto Bay, FL 33157
Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this Sept. 7, 2026.

/s/ Jianyin Liu